IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, | No. C -10-00708 EDL |
|     Plaintiff, | **ORDER** |
| v. | |
| EL CAMINO PAVING INC, | |
|     Defendant. | |

The Clerk entered default against Defendant in this case on January 31, 2012. To date, no other filings have been made in this case. No later than June 22, 2012, Plaintiffs shall file a motion for default judgment or a report informing the Court of the status of this case.

IT IS SO ORDERED.

Dated: June 13, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge