United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | No. C-10-0708 MMC |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| EL CAMINO PAVING, INC., | |
| Defendant. | |

Before the Court is Magistrate Judge Elizabeth D. Laporte's "Report and Recommendation Re: Plaintiffs' Motion for Default Judgment," filed August 1, 2012, by which she recommends the Court enter judgment in favor of plaintiffs, awarding plaintiffs the total amount of $174,069.03 and ordering defendant to submit to an audit under the terms of the parties' collective bargaining agreement. No objections to the Report and Recommendation have been filed.[1]

Having read and considered the Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety, and GRANTS plaintiffs' motion for default judgment as follows:

1. Plaintiffs shall have judgment against defendant in the total amount of

---

[1] Defendant was served with the motion for default judgment and with the Report and Recommendation.

$174,069.03, comprising $83,207.56 in unpaid and delinquent contributions, $59,367.17 in liquidated damages and interest, and $31,494.30 in attorney's fees and costs.

2. Defendant is ordered to submit to an audit by auditors selected by plaintiffs and conducted at defendant's premises during business hours or, if the records are kept elsewhere, at such other location at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, and reports relating to the time period beginning January 1, 2009 to the present that are relevant to the enforcement of the collective bargaining agreement or Trust Agreements.

**IT IS SO ORDERED.**

Dated: August 24, 2012

MAXINE M. CHESNEY
United States District Judge