IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

        Plaintiffs,

  v.

EL CAMINO PAVING, INC.,

        Defendant.
                                            /

No. CV- 10-0708 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby ADOPTS the Report and Recommendation in its entirety, and GRANTS plaintiffs' motion for default judgment as follows:

    1. Plaintiffs shall have judgment against defendant in the total amount of $174,069.03, comprising $83,207.56 in unpaid and delinquent contributions, $59,367.17 in liquidated damages and interest, and $31,494.30 in attorney's fees and costs.

    2. Defendant is ordered to submit to an audit by auditors selected by plaintiffs and conducted at defendant's premises during business hours or, if the records are kept

1 elsewhere, at such other location at a reasonable time or times, and to allow said auditors
2 to examine and copy such books, records, papers, and reports relating to the time period
3 beginning January 1, 2009 to the present that are relevant to the enforcement of the
4 collective bargaining agreement or Trust Agreements.

Dated: August 27, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk